**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar, United States Magistrate Judge

Initial Appearance/Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 24-MJ-1663 LF | UNITED STATES vs. Sedillo | |
| Hearing Date: | 11/18/2024 | Time In and Out: | 9:32 a.m./9:37 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Rio Grande |
| Defendant: | Bruce Sedillo | Defendant's Counsel: | James Loonam |
| AUSA: | Matthew McGinley & Blake Nichols | Pretrial/Probation: | George Rodriguez |
| Interpreter: | N/A | Witness: | |

| | | | |
|---|---|---|---|
| **Initial Appearance-Second Amended Complaint** | | | |
| ☒ | Defendant received a copy of charging document | | |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☒ | Defendant currently has Court appointed counsel | | |
| ☐ | Government moves to detain | ☐ | Government does not recommend detention |
| ☐ | Set for | on Click or tap to enter a date. | @ |
| **Preliminary/Show Cause/Identity** | | | |
| ☒ | Defendant waives Preliminary Hearing | | |
| ☒ | Court finds probable cause | ☐ | Court does not find probable cause |
| **Detention** | | | |
| ☒ | Defendant waives right to contest detention | | |
| ☐ | | | |
| **Custody Status** | | | |
| ☒ | Defendant to remain in custody | | |
| ☐ | Conditions | | |
| **Other** | | | |
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver | | |
| ☐ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. | | |
| ☐ | Matter referred to for Final Revocation Hearing | | |
| ☐ | | | |